IT IS SO ORDERED.
Signed September 16, 2010

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt
U.S. Bankruptcy Judge**

STROOCK & STROOCK & LAVAN LLP
ALAN Z. YUDKOWSKY (State Bar No. 194994)
STEPHEN J. NEWMAN (State Bar No. 181570)
LUCAS A. MESSENGER (State Bar No. 217645)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: lacalendar@stroock.com

DIEMER, WHITMAN & CARDOSI, LLP
KATHRYN S. DIEMER (State Bar No. 133977)
JOHN P. CARDOSI (State Bar No. 111381)
75 East Santa Clara Street, Suite 290
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271

Attorneys for Defendant and Counterclaimant,
  The Billing Resource, LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>OLD T.B.R., INCORPORATED, f/k/a THE BILLING RESOURCE, INC., dba INTEGRETEL,<br><br>    Debtor.<br>_____<br>OLD T.B.R. INCORPORATED, f/k/a THE BILLING RESOURCE, dba INTEGRETEL,<br><br>    Plaintiff,<br>    v.<br><br>THE BILLING RESOURCE, LLC, a Delaware limited liability company,<br><br>    Defendant. | Case No. 07-52890 ASW<br><br>Chapter 11<br><br>Adv. Pro. No. 09-05074<br><br>[PROPOSED] ORDER GRANTING STROOCK & STROOCK & LAVAN LLP LEAVE TO WITHDRAW AS CO-COUNSEL<br><br>Judge:    Hon. Arthur S. Weissbrodt |

| | |
|---|---|
| THE BILLING RESOURCE, LLC, a Delaware limited liability company,<br><br>        Counterclaimant,<br><br>   vs.<br><br>OLD T.B.R. INCORPORATED, f/k/a THE BILLING RESOURCE, dba INTEGRETEL,<br><br>        Counterdefendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

## ORDER

Having read and considered the accompanying Stipulation Granting Stroock & Stroock & Lavan LLP Leave to Withdraw as Co-Counsel,

**IT IS HEREBY ORDERED** that Stroock & Stroock & Lavan LLP is **GRANTED** leave to withdraw as co-counsel of record to The Billing Resource, LLC, effective immediately.

**IT IS SO ORDERED.**

**\*\* END OF ORDER \*\***

# COURT SERVICE LIST

Kathryn S. Diemer, Esq.
Diemer, Whitman & Cardosi, LLP
75 E. Santa Clara St., Ste. 290
San Jose, CA 95113
Email: kdiemer@diemerwhitman.com

Gail S. Greenwood, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
150 California St., 15th Floor
San Francisco, CA 94111-4500
Email: jfiero@pszjlaw.com
　　　　ggreenwood@pszjlaw.com

Karen Rinehart
Stephen H. Warren
Law Offices of O'Melveny and Myers
400 S. Hope Street
Los Angeles, CA 90074-2899
Email: krinehart@omm.com

Steven B. Sacks
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center 17th Fl.
San Francisco, CA 94111
Email: ssacks@sheppardmullin.com