DIEMER, WHITMAN & CARDOSI, LLP
KATHRYN S. DIEMER, #133977
JOHN P. CARDOSI, #111381
75 East Santa Clara Street, Suite 290
San Jose, California 95113
Telephone: (408) 971-6270
Facsimile: (408) 971-6271

ATTORNEYS FOR
The Billing Resource, LLC

*The following constitutes the Order of the Court, Signed*

*Not signed — matters addressed at 9/17/10 hearing*

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

ASW 9/20/10

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 07-52890 ASW |
| Old T.B.R., Incorporated, f/k/a The Billing Resource, Inc. d.b.a. Integratel, Inc., | CHAPTER 11 |
| Debtor. | |
| PaymentOne Corporation, | |
| Plaintiff, | Adversary Proceeding Number 09-05204 |
| v. | |
| The Billing Resource, LLC, | |
| Defendant. | |
| Old TBR, Inc., | |
| Plaintiff, | |
| v. | Adversary Proceeding Number 09-05074 |
| The Billing Resource, LLC | |
| Defendant. | |

**ORDER GRANTING *EX PARTE* APPLICATION FOR**

**CONTINUANCE AND CONSOLIDATION OF HEARINGS**

THIS COURT has considered the **Ex Parte Application for Continuance and Consolidation of Hearings** ("Application") filed in the above-entitled proceedings by The Billing

Resource, LLC, the pleadings filed in support thereof, and such other papers on file in these proceedings as the Court deemed appropriate. On the basis thereof, IT IS HEREBY ORDERED THAT:

1. The Application is granted;

2. All of the motions subject to the Application ("Motions") are hereby continued to _____, 2010, at _____ .m.;

3. All requests for production of documents with respect to the subject matter of the Motions shall be served not later than September 20, 2010, with responses due by October 4, 2010;

4. All depositions with respect to the subject matter of the Motions shall be noticed not later than September 20, 2010, and conducted not later than October 1, 2010;

5. If any witness fails to make him or herself available for deposition by October 1, 2010, the deposing party may submit a request for further continuance of the hearings equal to the difference between October 1, 2010, and the date on which the deposition of the latest of such delaying witnesses is able to be conducted; such request may be submitted *ex parte*, but with service on the opposing party or parties, along with a declaration of the facts of delay and a proposed order with dates blank to be selected by the Court;

6. All parties shall file and serve any additional declarations and argument not later than fourteen days before the hearing; and

7. All parties who wish to reply to the additional declarations and argument shall file and serve same not later than seven days before the hearing.

Dated:

_____
Hon. Arthur S. Weissbrodt
United States Bankruptcy Judge

ORDER GRANTING *EX PARTE* APPLICATION FOR
CONTINUANCE AND CONSOLIDATION OF HEARINGS

2