STEPHEN H. WARREN (S.B. #136895)
DAVID P. ENZMINGER (S.B. #137065)
REUBEN D. WILSON (S.B. #212563)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Counsel to PAYMENTONE CORPORATION

The following constitutes the
Order of the Court, Signed 9/23 2010

_[signature]_
HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

*[Handwritten annotation: The Court has considered new TBR's letter of 9/21/10 ASW]*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>OLD T.B.R., INCORPORATED f/k/a THE BILLING RESOURCE, dba Integretel, a California corporation,<br><br>Debtor.<br><br>Tax ID: 33-0289863 | Case No. 07-52890<br><br>Adversary Proceeding Case No. 09-05074<br><br>Adversary Proceeding Case No. 09-05204<br><br>Chapter 11<br><br>Judge: Hon. Arthur S. Weissbrodt<br>Ctrm: 3020 |
| PAYMENTONE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>THE BILLING RESOURCE, LLC (NEW T.B.R.), a Delaware limited liability company,<br><br>Defendant. | **[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART THE BILLING RESOURCE'S *EX PARTE* APPLICATION FOR CONTINUANCE AND CONSOLIDATION OF HEARINGS** |

The Billing Resource, LLC ("New TBR") filed its *ex parte* application for a continuance and consolidation of hearings (the "Application for Continuance") on September 14, 2010. The Application for Continuance seeks to move several pending hearing dates in *Old T.B.R. Incorporated, f/k/a The Billing Resource, dba Integretel v. The Billing Resource LLC*, Adversary Proceeding No. 09-05074 ("Old TBR's Action") and *PaymentOne Corporation v. The Billing Resource LLC*, Adversary Proceeding No. 09-05204 ("PayOne's Action"). PaymentOne Corporation ("PayOne") and Kerry Krisher (the "Trustee")—as the liquidating trustee for *Old T.B.R. Incorporated, f/k/a The Billing Resource, dba Integretel*—("Old TBR"), both filed oppositions to the Application for Continuance on September 15, 2010. The Application for Continuance was heard by the Court on September 17, 2010. Upon consideration of the papers submitted, the arguments of counsel, and for the reasons stated on the record at the September 17, 2010 hearings, which are made a part of this order by this reference, the Court hereby GRANTS IN PART AND DENIES IN PART the Application for Continuance and ORDERS:

A. The Application for Continuance is denied with respect to PayOne's Motion to Enforce the March 23 Stipulated Order.

B. The Application for Continuance is granted as to the motions for summary adjudication brought by PayOne, Old TBR and New TBR.

C. All such motions shall be heard on **November 1, 2010, at 1:30 p.m.**

D. New TBR shall file and serve its oppositions and supporting declarations regarding PayOne's Motion for Summary Adjudication [AVP 09-05204, Dkt. No. 52] and the Trustee's Further 910 Account Motion for Summary Adjudication [AVP 09-05074, Dkt. No. 97] by **October 4, 2010.**

E. PayOne and the Liquidating Trustee shall file their respective reply briefs and supporting declarations by **October 18, 2010**. No further briefings or affidavits shall be filed after October 18, 2010.

F.  The Case Management Conference in the PayOne Action and the Trial Setting Conference in the Old TBR Action, both currently schedule to be held on October 29, 2010, are continued to **December 10, 2010 at 3:00 p.m.**

IT IS SO ORDERED.

DATED:

                                              The Honorable Arthur S. Weissbrodt
United States District Judge

LA2:915446