DIEMER, WHITMAN & CARDOSI, LLP
KATHRYN S. DIEMER, #133977
JOHN P. CARDOSI, #111381
75 East Santa Clara Street, Suite 290
San Jose, California 95113
Telephone: (408) 9716270
Facsimile: (408) 9716271

ATTORNEYS FOR
The Billing Resource, LLC

The following constitutes the
Order of the Court, Signed 9/29 2010

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Old T.B.R., Incorporated, f/k/a The Billing Resource, Inc. d.b.a. Integratel, Inc.,<br><br>Debtor. | Case No. 07-52890 ASW<br><br>CHAPTER 11<br><br>ORDER CONTINUING ACTIVITIES IN THESE PROCEEDINGS |
| PaymentOne Corporation,<br>                Plaintiff,<br>v.<br>The Billing Resource, LLC,<br>                Defendant. | Adversary Proceeding Number 09-05204 |
| Old TBR, Inc.,<br>                Plaintiff,<br>v.<br>The Billing Resource, LLC<br>                Defendant. | Adversary Proceeding Number 09-05074 |

The Court has considered the application by The Billing Resource, LLC ("New TBR") to continue all activities, dates and deadlines in the above-referenced proceedings because New TBR's counsel of record, Ms. Kathryn Diemer, has been hospitalized. The Court has reviewed the

ORDER CONTINUING ACTIVITIES IN THESE PROCEEDINGS        1

| | |
|---|---|
| 1 | application, the declarations filed in support thereof, and such other papers in these adversary |
| 2 | proceedings and this case as the Court considered appropriate. On the basis thereof |
| 3 | IT IS HEREBY ORDERED that: |
| 4 | All actions, dates and deadlines currently fixed in either proceeding are extended for two |
| 5 | weeks. Without limiting the generality of the foregoing: |
| 6 | 1. This Court will defer entry of the written order from the September 17, 2010, hearing |
| 7 | regarding certain payments to PaymentOne Corporation and certain sanctions for two weeks from |
| 8 | the date of this order; |
| 9 | 2. The deadline of October 4 for further pleadings regarding certain pending motions for |
| 10 | summary judgment announced at such hearing is extended by two weeks; |
| 11 | 3. The hearing on such motions presently scheduled for November 1, 2010, is continued |
| 12 | to ~~_____, 2010, at _____ .m.~~ |
| 13 | ***END OF ORDER*** |

*a new date to be set by future order of the Court.* (ASW)
ORDER CONTINUING ACTIVITIES IN THESE PROCEEDINGS          2

## COURT SERVICE LIST

**Counsel for the Liquidating Trustee**
PACHULSKI STANG ZIEHL & JONES LLP
Gail S. Greenwood
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Attorney for The Committee

**Office of the U.S. Trustee**
John Wesolowski, Esq.
280 South First Street, Suite 268
San Jose, CA 95113

**Attorney for PAYMENTONE CORP.**
O'MELVENY & MEYERS LLP
C/O Steve Warren, Esq.
400 South Hope Street
Los Angeles, CA 90071

---

2
CERTIFICATE OF SERVICE